FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0408

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0408

HEIDI A. GABERT

Plaintiff/Appellee,

and

DAWN FREEMAN

Intervenor/Appellee

v.

GARRY DOUGLAS SEAMAN,

Defendant/Appellant.

On Appeal from the Montana Nineteenth Judicial District Court
Cause No. DV-22-95
Hon. Shane Vannatta, Presiding

## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Reid J. Perkins
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
rperkins@wordenthane.com

*Attorneys for Defendant/Appellant
Garry Douglas Seaman*

David B. Cotner
Brian T. Geer
Cotner Ryan Law, PLLC
2700 Radio Way
Missoula, MT 59808
dcotner@cotnerlaw.com

*Attorneys for Plaintiff/Appellee Heidi
A. Gabert*

David R. Paoli
Paoli Law Firm, P.C.
P.O. Box 8131
Missoula, MT 59802
davidpaoli@paoli-law.com

*Attorneys for Intervenor/Appellee*
*Dawn Freeman*

---

Based on Defendant/Appellant Garry Seaman's Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant has up to and including December 20, 2024 to file his Opening Brief pursuant to Mont.R.App.P. 26(1).

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 13 2024